# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN MCGRAW,<br>    Plaintiff,<br>v.<br>CHARLES KIM, et al.,<br>    Defendants. | Case No.: 2:22-cv-01414-APG-NJK<br><br>**Order** |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than October 31, 2022, a joint proposed discovery plan.

IT IS SO ORDERED.

Dated: October 24, 2022

_____
Nancy J. Koppe
United States Magistrate Judge