UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN MCGRAW,<br><br>    Plaintiff,<br><br>v.<br><br>CHARLES KIM, et al,<br><br>    Defendants. | Case No. 2:22-cv-01414-APG-NJK<br><br>**ORDER**<br><br>[Docket No. 22] |

    Pending before the Court is Defendants' proposed discovery plan. Docket No. 22. Proposed discovery plans must be submitted as a stipulation. Local Rule 26-1(a). Written stipulations must be signed by all parties or their attorneys. Local Rule 7-1(a). Defendants' proposed discovery plan has not been signed by Plaintiff's counsel, Docket No. 22 at 3, and is therefore not properly submitted. Further, Defendants ask the Court for a stay of discovery without addressing the proper standards. *Id.* at 2.

    Accordingly, Defendants' proposed discovery plan is **DENIED** without prejudice. Docket No. 22. Plaintiff's counsel must meet and confer with counsel for Defendants. A properly formatted joint proposed discovery plan, or a proper request to stay discovery, must be submitted no later than November 8, 2022.

    IT IS SO ORDERED.

Dated: November 1, 2022

                                                                           Nancy J. Koppe<br>                                                                           United States Magistrate Judge