UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN MCGRAW,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CHARLES KIM, et al.,<br><br>　　　　Defendants. | Case No. 2:22-cv-01414-APG-NJK<br><br>**Order**<br><br>[Docket Nos. 21, 25] |

　　　　Pending before the Court is the parties' stipulation to stay discovery. Docket No. 25.

　　　　The Court has broad discretionary power to control discovery. *See, e.g.*, *Little v. City of Seattle*, 863 F.2d 681, 685 (9th Cir. 1988). "The Federal Rules of Civil Procedure do not provide for automatic or blanket stays of discovery when a potentially dispositive motion is pending." *Tradebay, LLC v. eBay, Inc.*, 278 F.R.D. 597, 601 (D. Nev. 2011). Discovery should proceed absent a "strong showing" to the contrary. *Turner Broadcasting Sys., Inc. v. Tracinda Corp.*, 175 F.R.D. 554, 556 (D. Nev. 1997). The case law in this District makes clear that requests to stay discovery may be granted when: (1) the underlying motion is potentially dispositive in scope and effect; (2) the underlying motion can be decided without additional discovery; and (3) the Court has taken a "preliminary peek" at the merits of the underlying motion and is convinced that the plaintiff will be unable to prevail. *Kor Media Grp., LLC v. Green*, 294 F.R.D. 579, 581 (D. Nev. 2013). The Court is guided in its analysis by the objectives in Rule 1 to secure a just, speedy, and inexpensive determination of cases. *Tradebay*, 278 F.R.D. at 602.

　　　　A stay of discovery is warranted in this case. The parties agree that the pending motions to dismiss are potentially dispositive. Docket No. 25 at 2. *See also* Docket Nos. 5, 9 (motions to

1

dismiss). Additionally, the undersigned's evaluation of the motions to dismiss reveals that they are sufficiently meritorious to justify a stay of discovery.[1]

Accordingly, the stipulation to stay discovery is **GRANTED**. Docket No. 25. In the event resolution of the motions to dismiss does not result in the termination of this case, a joint proposed discovery plan must be filed no later than 14 days after the issuance of the order resolving the motions to dismiss at Docket Nos. 5, 9.

Defendants' motion to stay discovery is **DENIED** as moot. Docket No. 21.

IT IS SO ORDERED.

Dated: November 8, 2022

Nancy J. Koppe
United States Magistrate Judge

---

[1] Conducting this preliminary peek puts the undersigned in an awkward position because the assigned district judge who will decide the underlying motion may have a different view of its merits. *See Tradebay*, 278 F.R.D. at 603. This "preliminary peek" at the merits of the underlying motion is not intended to prejudice its outcome. *See id.* As a result, the undersigned will not provide a lengthy discussion of the merits of the underlying motion. Nonetheless, the undersigned has carefully reviewed the arguments presented in the underlying motion.