UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN MCGRAW,<br><br>    Plaintiff<br><br>v.<br><br>CHARLES KIM, et al.,<br><br>    Defendants | Case No.: 2:22-cv-01414-APG-NJK<br><br>**Order Granting Motion to Extend Time and Setting Deadline to File Reply**<br><br>[ECF No. 19] |

    I ORDER that plaintiff John McGraw's motion to extend time **(ECF No. 19) is GRANTED**.

    I FURTHER ORDER that defendants Charles Kim and Linden Hospitality, LLC may file a reply brief to their motion to dismiss by April 26, 2023.

    DATED this 12th day of April, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE