# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN MCGRAW, | Case No. 2:22-cv-01414-APG-NJK |
| Plaintiff, | ORDER |
| v. | |
| CHARLES KIM, et al., | |
| Defendants. | |

The Court previously stayed discovery in this case pending resolution of Defendants' motions to dismiss. Docket No. 26; *see also* Docket Nos. 5; 9 (motions to dismiss). The Court instructed the parties that "[i]n the event resolution of the motions to dismiss does not result in termination of this case, the parties shall file a joint proposed discovery plan no later than 14 days after the entry of the order resolving the motions to dismiss." Docket No. 26 at 2. The Court resolved Defendants' motions to dismiss on April 28, 2023. Docket No. 35. The parties, however, have failed to file an amended joint proposed discovery plan. *See* Docket.

Accordingly, the parties are **ORDERED** to file an amended joint proposed discovery plan no later than June 9, 2023.

IT IS SO ORDERED.

Dated: May 30, 2023

Nancy J. Koppe
United States Magistrate Judge