# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN MCGRAW,<br><br>    Plaintiff<br><br>v.<br><br>CHARLES KIM, et al.,<br><br>    Defendants | Case No.: 2:22-cv-01414-APG-NJK<br><br>**Order Dismissing Defendant LHP Riverhouse Holding, LLC** |

On June 5, 2023, plaintiff John McGraw was advised by the court that his claims against defendant LHP Riverhouse Holding, LLC would be dismissed without prejudice unless, by July 5, 2023, McGraw either filed proper proof of service or showed good cause why such service was not timely made. ECF No. 40.  McGraw has failed to do so.

I THEREFORE ORDER that plaintiff John McGraw's claims against defendant LHP Riverhouse Holding, LLC are DISMISSED without prejudice for failure to timely serve this defendant.

DATED this 7th day of July, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE