# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOHN MCGRAW,

    Plaintiff,

v.

CHARLES KIM, *et al*.,

    Defendants.

Case No. 2:22-cv-01414-APG-NJK

**Order**

[Docket No. 68]

Pending before the Court is Malik Ahmad's motion to withdraw as Plaintiff's local counsel. Docket No. 68. For good cause shown, the Court **GRANTS** the motion. New local counsel must enter an appearance no later than February 23, 2024. Failure to comply with this order may result in sanctions.

IT IS SO ORDERED.

Dated: January 29, 2024

                                                                       _____
                                                                        Nancy J. Koppe
                                                                        United States Magistrate Judge