UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN MCGRAW,<br><br>    Plaintiff,<br><br>v.<br><br>CHARLES KIM, *et al.*,<br><br>    Defendants. | Case No. 2:22-cv-01414-APG-NJK<br><br>**Order**<br><br>[Docket No. 67] |

On February 9, 2024, Defendant First American Title Insurance Company filed a notice of withdrawal of its motion to compel at Docket No. 67. Docket No. 74.

Accordingly, Defendant's motion is **DENIED** without prejudice. Docket No. 67.

IT IS SO ORDERED.

Dated: February 12, 2024

                                                                                 Nancy J. Koppe<br>                                                                                 United States Magistrate Judge