# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOHN MCGRAW,

    Plaintiff,

v.

CHARLES KIM, *et al*.,

    Defendants.

Case No. 2:22-cv-01414-APG-NJK

**Order**

On January 29, 2024, the Court granted Malik Ahmad's motion to withdraw as Plaintiff's local counsel. Docket No. 69. The Court ordered that new local counsel must enter an appearance no later than February 23, 2024. *Id*. at 1. In its order, the Court warned that "[f]ailure to comply with this order may result in sanctions." *Id*. To date, new local counsel for Plaintiff has not entered an appearance in violation of the Court's prior order. *See* Docket.

Plaintiff's counsel, Paul Chandler, was granted permission to practice *pro hac vice* in this case only with the designation of local counsel. Docket No. 32 at 5. Absent such local counsel, Mr. Chandler is no longer in compliance with Local Rule IA 11-2 for appearing in this particular case.

Accordingly, it is **ORDERED** that new local counsel must enter an appearance on behalf of Plaintiff, no later than March 12, 2024. Failure to comply with this order may result in sanctions, up to and including dismissal of the instant case.

IT IS SO ORDERED.

Dated: February 28, 2024

                                                    Nancy J. Koppe
                                                  United States Magistrate Judge