# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN MCGRAW,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CHARLES KIM, *et al*.,<br><br>　　　　Defendants. | Case No. 2:22-cv-01414-APG-NJK<br><br>**Order** |

On January 29, 2024, the Court granted Malik Ahmad's motion to withdraw as Plaintiff's local counsel. Docket No. 69. The Court ordered that new local counsel must enter an appearance on behalf of Plaintiff no later than February 23, 2024. *Id*. at 1. Plaintiff failed to comply with the Court's order or request an extension of time in which to comply. *See* Docket. As a result, the Court ordered that new local counsel must enter an appearance on behalf of Plaintiff no later than March 12, 2024. Docket No. 79. Plaintiff again failed to comply with the Court's order or request an extension of time in which to comply. *See* Docket.

On March 14, 2024, the Court ordered Plaintiff and his counsel to show cause in writing, no later than March 28, 2024, why monetary sanctions should not be imposed and why this case should not be dismissed for failure to comply with governing rules, failure to comply with the Court's orders, and failure to prosecute his case. Docket No. 81. The Court further ordered that failure to comply with the order to show cause may result in the imposition of case-dispositive sanctions. *Id*. at 2.

On March 27, 2024, Plaintiff filed what he terms a response to the Court's order to show cause. Docket No. 82. Plaintiff submits that he has, "at all times relevant, acted with the utmost diligence in seeking to replace local counsel" and that any delay in securing local counsel is through no fault of his own. *Id*. at 1. Plaintiff fails to address, however, why he did not comply with two prior orders of the Court, as the Court's order to show cause requires. *See* Docket Nos.

81, 82. Plaintiff further fails to address the reason for the delay in submitting the notice of new local counsel. *See* Docket No. 82.

On March 27, 2024, Plaintiff also filed a notice of appearance for Robert Vannah as new local counsel. Docket No. 83. The notice of appearance, however, provides the email address of Plaintiff's former local counsel – Malik Ahmad (malik@lasvegaslawgroup.com). *Compare* Docket No. 83 *with* Docket No. 15. Further, the notice of appearance provides a telephone number for Mr. Vannah that is clearly not valid. *See* Docket No. 83 at 1 (providing telephone number of 702-270-369-4161 for Mr. Vannah).

Accordingly, it is **ORDERED** that, no later than March 29, 2024, at 2:00 p.m., Plaintiff must file both a fulsome response to the Court's order to show cause and an amended notice of appearance for Mr. Vannah that contains accurate information. Failure to comply with this order may result in sanctions, up to and including a court fine of up to $1,000 and/or dismissal of the instant case.

IT IS SO ORDERED.

Dated: March 28, 2024.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE