Paul W. Chandler, Esq.
CHANDLER LAW FIRM, APC
5150 E. Pacific Coast Highway, Suite 200
Long Beach, California 90804
Telephone: 562.208.8595
Email: chandlerlaw@gmail.com
Admitted Pro Hac Vice
Attorneys for Plaintiff JOHN MCGRAW

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF LAS VEGAS, NEVADA**

| | |
|---|---|
| JOHN MCGRAW,<br>Plaintiff,<br><br>vs.<br><br>CHARLES KIM, individually;<br>LINDEN HOSPITALITY, LLC; FIRST AMERICAN<br>TITLE INSURANCE COMPANY;<br>LHP RIVERHOUSE HOLDING, LLC;<br>DOES IX, and ROE CORPORATIONS I-X, inclusive,<br>Defendants | CASE NO. 2:22-cv-01414-APG-NJK<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR PLAINTIFF TO FILE RESPONSE TO DEFENDANT FIRST AMERICAN TITLE INSURANCE COMPANY'S MOTION FOR AWARD OF ATTORNEY'S FEES AND COSTS OF LITIGATION AGAINST PLAINTIFF JOHN MCGRAW** |

Plaintiff JOHN MCGRAW, Defendants CHARLES KIM, individually; LINDEN HOSPITALITY, LLC and FIRST AMERICAN TITLE INSURANCE COMPANY, by and through their undersigned counsel, hereby agree to extend the time for Plaintiff to file response to Defendant First American Title Insurance Company's motion for award of attorney's fees and costs of litigation against Plaintiff John McGraw up to and including February 21, 2025, as set out herein below.

Date: February 14, 2025                          */s/ Paul W. Chandler*
                                                 Paul W. Chandler, Esq.
                                                 CHANDLER LAW FIRM, APC
                                                 5150 E. Pacific Coast Highway, Suite 200
                                                 Long Beach, California 90804
                                                 Telephone: 562.208.8595
                                                 Email: chandlerlaw@gmail.com
                                                 Attorneys for Plaintiff JOHN MCGRAW

# I.
## INTRODUCTION AND STATEMENT OF FACTS

Defendant First American Title filed its Motion for Summary Judgment which was Granted on January 21, 2025. [ECF No. 96]. On February 4, 2025, First American Title filed a motion seeking an award of attorney's fees and costs of litigation. [ECF No. 111]. The parties are presently attempting to resolve these matters informally and have stipulated and agreed to extend the time for Plaintiff to file his response/opposition to the motion of First American Title until and including February 21, 2025.

This extension request is made in good faith, jointly by the parties, and not for the purposes of delay. Moreover, since this request is a joint request, no party will be prejudiced by granting the extension. The parties respectfully submit that the reasons set forth above constitute compelling reasons for the short extension. Nothing contained herein shall be deemed an admission or waiver of any right belonging to any party hereto.

WHEREFORE, the parties respectfully request that this Court extend the aforementioned period as requested.

**IT IS SO STIPULATED:**

DATED this 14th day of February 2025

*/S/ Tyler N. Ure*
Tyler N. Ure, Esq.
Nevada Bar No. 11730
MURCHISON & CUMMING, LLP
350 South Rampart Boulevard, Suite 320
Las Vegas, Nevada 89145
Telephone: (702) 360-3956
Facsimile: (702) 360-3957
E-mail: mnunez@murchisonlaw.com
ture@murchisonlaw.com
Attorneys for Defendants, CHARLES KIM and LINDEN HOSPITALITY

DATED this 14th day of February 2025.

*/S/ John M. Langevele*
John M. Langeveld, Esq.
Gerrard Cox Larsen
2450 St. Rose Pkwy., Ste. 200 Henderson, NV 89074
Telephone: (702) 796-4000
Attorneys for First American Title Insurance Company

DATED this 14th day of February 2025.

*/s/ Paul W. Chandler*
Paul W. Chandler, Esq.
CHANDLER LAW FIRM, APC
5150 E. Pacific Coast Highway, Suite 200
Long Beach, California 90804
Telephone: 562.208.8595
Email: chandlerlaw@gmail.com
Admitted Pro Hac Vice
Attorneys for Plaintiff JOHN MCGRAW

**IT IS SO ORDERED:**

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

DATED: February 18, 2025