Paul W. Chandler, Esq.
CHANDLER LAW FIRM, APC
5150 E. Pacific Coast Highway, Suite 200
Long Beach, California 90804
Telephone: 562.208.8595
Email: chandlerlaw@gmail.com
Admitted Pro Hac Vice
Attorneys for Plaintiff JOHN MCGRAW

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF LAS VEGAS, NEVADA

| | |
|---|---|
| JOHN MCGRAW, ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CHARLES KIM, individually; ) <br> LINDEN HOSPITALITY, LLC; FIRST ) <br> AMERICAN ) <br> TITLE INSURANCE COMPANY; ) <br> LHP RIVERHOUSE HOLDING, LLC; ) <br> DOES IX, and ROE CORPORATIONS ) <br> I-X, inclusive, ) <br> Defendants ) | CASE NO. 2:22-cv-01414-APG-NJK <br><br> **STIPULATION AND ORDER EXTENDING TIME FOR PLAINTIFF TO FILE RESPONSE TO DEFENDANT FIRST AMERICAN TITLE INSURANCE COMPANY'S MOTION FOR AWARD OF ATTORNEY'S FEES AND COSTS OF LITIGATION AGAINST PLAINTIFF JOHN MCGRAW** |

Plaintiff JOHN MCGRAW, Defendants CHARLES KIM, individually; LINDEN HOSPITALITY, LLC and FIRST AMERICAN TITLE INSURANCE COMPANY, by and through their undersigned counsel, hereby agree to extend the time for Plaintiff to file response to Defendant First American Title Insurance Company's motion for award of attorney's fees and costs of litigation against Plaintiff John McGraw up to and including February 28, 2025, as set out herein below.

Date: February 21, 2025            */s/ Paul W. Chandler*
                                   Paul W. Chandler, Esq.
                                   CHANDLER LAW FIRM, APC
                                   5150 E. Pacific Coast Highway, Suite 200
                                   Long Beach, California 90804
                                   Telephone: 562.208.8595
                                   Email: chandlerlaw@gmail.com
                                   Attorneys for Plaintiff JOHN MCGRAW

# I.
# INTRODUCTION AND STATEMENT OF FACTS

Defendant First American Title filed its Motion for Summary Judgment which was Granted on January 21, 2025. [ECF No. 96]. On February 4, 2025, First American Title filed a motion seeking an award of attorney's fees and costs of litigation. [ECF No. 111]. The parties are presently attempting to resolve these matters informally and previously stipulated to extend the time for Plaintiff to file his response/opposition to the motion of First American Title until and including February 21, 2025. Another extension of time for one week, up to and including February 28, 2025, is necessary so that the parties can continue their discussions to resolve this matter before being required to file a response/opposition to the subject motion.

This extension request is made in good faith, jointly by the parties, and not for the purposes of delay. Moreover, since this request is a joint request, no party will be prejudiced by granting the extension. The parties respectfully submit that the reasons set forth above constitute compelling reasons for the short extension. Nothing contained herein shall be deemed an admission or waiver of any right belonging to any party hereto.

WHEREFORE, the parties respectfully request that this Court extend the aforementioned period as requested.

**IT IS SO STIPULATED:**

DATED this 21st day of February 2025.

*/S/ John M. Langevele*_____
John M. Langeveld, Esq.
Gerrard Cox Larsen
2450 St. Rose Pkwy., Ste. 200 Henderson, NV 89074
Telephone: (702) 796-4000
Attorneys for First American Title Insurance Company

DATED this 21st day of February 2025.

*/s/ Paul W. Chandler*_____
Paul W. Chandler, Esq.
CHANDLER LAW FIRM, APC
5150 E. Pacific Coast Highway, Suite 200
Long Beach, California 90804
Telephone: 562.208.8595
Email: chandlerlaw@gmail.com
Admitted Pro Hac Vice
Attorneys for Plaintiff JOHN MCGRAW

DATED this 21st day of February 2025

*/S/ Tyler N. Ure*_____
Tyler N. Ure, Esq.
Nevada Bar No. 11730
MURCHISON & CUMMING, LLP
350 South Rampart Boulevard, Suite 320
Las Vegas, Nevada 89145
Telephone: (702) 360-3956
Facsimile: (702) 360-3957
ture@murchisonlaw.com
Attorneys for Defendants, CHARLES KIM and LINDEN HOSPITALITY

IT IS SO ORDERED:

Dated: February 26, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE