UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN MCGRAW,<br><br>    Plaintiff<br><br>v.<br><br>CHARLES KIM, et al.,<br><br>    Defendants | Case No.: 2:22-cv-01414-APG-NJK<br><br>**Order** |

The proposed joint pretrial order is overdue. *See* ECF Nos. 93; 110.

I THEREFORE ORDER that the proposed joint pretrial order is due by March 21, 2025. Failure to comply with this order may result in sanctions to parties and counsel, including the striking of claims and defenses.

DATED this 4th day of March, 2025.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE