Paul W. Chandler, Esq.
CHANDLER LAW FIRM, APC
5150 E. Pacific Coast Highway, Suite 200
Long Beach, California 90804
Telephone: 562.208.8595
Email: chandlerlaw@gmail.com
Admitted Pro Hac Vice
Attorneys for Plaintiff JOHN MCGRAW

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF LAS VEGAS, NEVADA**

| | | |
|---|---|---|
| JOHN MCGRAW, | ) | CASE NO. 2:22-cv-01414-APG-NJK |
| Plaintiff, | ) | |
| vs. | ) | **STIPULATION AND ORDER EXTENDING TIME TO FILE JOINT PRETRIAL ORDER** |
| CHARLES KIM, individually; LINDEN HOSPITALITY, LLC; FIRST AMERICAN TITLE INSURANCE COMPANY; LHP RIVERHOUSE HOLDING, LLC; DOES IX, and ROE CORPORATIONS I-X, inclusive, | ) | |
| Defendants | ) | |

Plaintiff JOHN MCGRAW ("Plaintiff") and Defendants CHARLES KIM and LINDEN HOSPITALITY, LLC (collectively "Defendants"), by and through their undersigned counsel, hereby agree to extend the time for these parties to file their joint pretrial order, up to and including April 4, 2025, as set out herein below.

Date: March 20, 2025                    */s/ Paul W. Chandler*
                                        Paul W. Chandler, Esq.
                                        CHANDLER LAW FIRM, APC
                                        5150 E. Pacific Coast Highway, Suite 200
                                        Long Beach, California 90804
                                        Telephone: 562.208.8595
                                        Email: chandlerlaw@gmail.com
                                        Attorneys for Plaintiff JOHN MCGRAW

# I.

## INTRODUCTION AND STATEMENT OF FACTS

The time for Plaintiffs and Defendants to file their initial joint pretrial order was continued by this Honorable Court to March 21, 2025. [ECF No. 116]. The parties have been working diligently in the preparation of a detailed and comprehensive joint pretrial order, but desire and need an additional period of time of two weeks in order to complete their preparation of the joint pretrial order for filing. The parties have stipulated and agreed to extend the time for them to file their joint pretrial order, until and including April 4, 2025.

This extension request is made in good faith, jointly by the parties, and not for the purposes of delay. Moreover, since this request is a joint request, no party will be prejudiced by granting the extension. The parties respectfully submit that the reasons set forth above constitute compelling reasons for the short extension. Nothing contained herein shall be deemed an admission or waiver of any right belonging to any party hereto.

WHEREFORE, the parties respectfully request that this Court extend the aforementioned period as requested.

**IT IS SO STIPULATED:**

DATED this 20th day of March 2025


*/S/ Tyler N. Ure*_____
Tyler N. Ure, Esq.
Nevada Bar No. 11730
MURCHISON & CUMMING, LLP
350 South Rampart Boulevard, Suite 320
Las Vegas, Nevada 89145
Telephone: (702) 360-3956
Facsimile: (702) 360-3957
E-mail: mnunez@murchisonlaw.com
ture@murchisonlaw.com
Attorneys for Defendants, CHARLES KIM
and LINDEN HOSPITALITY

1  DATED this 20th day of March 2025.

3  */s/ Paul W. Chandler*_____
   Paul W. Chandler, Esq.
   CHANDLER LAW FIRM, APC
   5150 E. Pacific Coast Highway, Suite 200
   Long Beach, California 90804
   Telephone: 562.208.8595
   Email: chandlerlaw@gmail.com
   Admitted Pro Hac Vice
   Attorneys for Plaintiff JOHN MCGRAW

IT IS SO ORDERED:

Dated: March 25, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

-3-