Tyler N. Ure, Esq.
Nevada Bar No. 11730
**MURCHISON & CUMMING, LLP**
350 South Rampart Boulevard, Suite 320
Las Vegas, Nevada 89145
Telephone: (702) 360-3956
Facsimile: (702) 360-3957
E-mail: ture@murchisonlaw.com
Attorneys for Defendants, CHARLES KIM
and LINDEN HOSPITALITY, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN MCGRAW,<br><br>    Plaintiff,<br><br>    vs.<br><br>CHARLES KIM, individually; LINDEN HOSPITALITY, LLC; FIRST AMERICAN TITLE INSURANCE COMPANY; LHP RIVERHOUSE HOLDING, LLC; DOES I-X, and ROE CORPORATIONS I-X, inclusive,<br><br>    Defendants. | CASE NO. 2:22-cv-01414-APG-NJK<br><br>**ORDER GRANTING**<br><br>**JOINT STATUS REPORT REGARDING SETTLEMENT AND STIPULATION FOR DISMISSAL** |

Charles Kim, and Linden Hospitality, LLC, by and through their counsel of record, Tyler N. Ure, Esq., and John McGraw, by and through his counsel of record Paul W. Chandler, Esq. hereby submit this Joint Status Report Regarding Settlement and Stipulation for Dismissal.

**STATUS REPORT**

On September 11, 2025 the parties reached a settlement-in-principal and placed the essential terms of the settlement on the record. This Court ordered that a Stipulation for Dismissal and Proposed order be filed by October 14, 2025.

At this time, the parties are still finalizing the written settlement agreement. Drafts of the settlement agreement have been circulated. The parties have been discussing proposed

1

terms and revisions to the draft settlement agreement and anticipate reaching a final agreement shortly.

The parties therefore respectfully respect that the last day to file the stipulation for dismissal and proposed order be continued 30 days to **November 14, 2025.**

Dated this 14th day of October, 2025

**MURCHISON & CUMMING, LLP**

By  */s/ Tyler N. Ure*
   Tyler N. Ure, Esq.
   Nevada Bar No. 11730
   350 South Rampart Blvd,, Suite 320
   Las Vegas, NV  89145

   Attorneys for Defendants, CHARLES KIM and LINDEN HOSPITALITY, LLC

Dated this 14th day of October, 2025

**CHANDLER LAW FIRM, APC**

By  */s/ Paul W. Chandler*
   Paul W. Chandler, Esq.
   California Bar No. 137091
   5150 E. Pacific Coast Highway, Ste. 200
   Long Beach, CA  90804
   *Admitted Pro Hac Vice*

   and

   **VANNAH & VANNAH**
   Robert D. Vannah, Esq.
   Nevada Bar No. 2503
   400 S. 7th Street, 4th Floor
   Las Vegas, NV  89101

   Attorneys for Plaintiff, JOHN MCGRAW

IT IS SO ORDERED:

Dated: November 3, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE