Tyler N. Ure, Esq.
Nevada Bar No. 11730
**MURCHISON & CUMMING, LLP**
350 South Rampart Boulevard, Suite 320
Las Vegas, Nevada 89145
Telephone: (702) 360-3956
Facsimile: (702) 360-3957
E-mail: ture@murchisonlaw.com
Attorneys for Defendants, CHARLES KIM
and LINDEN HOSPITALITY, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN MCGRAW,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CHARLES KIM, individually; LINDEN HOSPITALITY, LLC; FIRST AMERICAN TITLE INSURANCE COMPANY; LHP RIVERHOUSE HOLDING, LLC; DOES I-X, and ROE CORPORATIONS I-X, inclusive,<br><br>　　　　Defendants. | CASE NO. 2:22-cv-01414-APG-NJK<br><br>**ORDER GRANTING**<br><br>**JOINT STATUS REPORT REGARDING SETTLEMENT AND STIPULATION FOR DISMISSAL**<br><br>**(SECOND REPORT)** |

Charles Kim, and Linden Hospitality, LLC, by and through their counsel of record, Tyler N. Ure, Esq., and John McGraw, by and through his counsel of record Paul W. Chandler, Esq. hereby submit this Joint Status Report Regarding Settlement and Stipulation for Dismissal (Second Report).

## **STATUS REPORT**

On September 11, 2025 the parties reached a settlement-in-principal and placed the essential terms of the settlement on the record. This Court ordered that a Stipulation for Dismissal and Proposed order be filed by October 14, 2025, and then subsequently granted an order setting the last day to file the stipulation for dismissal and proposed order November 14, 2025. [Doc. 142].

1

At this time, the parties have all executed the settlement agreement.  Settlement funding is in process.  Upon receipt of the settlement funds by Plaintiffs' counsel, the parties intend to submit a stipulation for dismissal.

The parties therefore respectfully respect that the last day to file the stipulation for dismissal and proposed order be continued 28 days to **December 12, 2025.**

Dated this 13th day of November, 2025

**MURCHISON & CUMMING, LLP**

By  */s/ Tyler N. Ure*
    Tyler N. Ure, Esq.
    Nevada Bar No. 11730
    350 South Rampart Blvd,, Suite 320
    Las Vegas, NV  89145

Attorneys for Defendants, CHARLES KIM and LINDEN HOSPITALITY, LLC

Dated this 13th day of November, 2025

**CHANDLER LAW FIRM, APC**

By  */s/ Paul W. Chandler*
    Paul W. Chandler, Esq.
    California Bar No. 137091
    5150 E. Pacific Coast Highway, Ste. 200
    Long Beach, CA  90804
    *Admitted Pro Hac Vice*

and

**VANNAH & VANNAH**
Robert D. Vannah, Esq.
Nevada Bar No. 2503
400 S. 7th Street, 4th Floor
Las Vegas, NV  89101

Attorneys for Plaintiff, JOHN MCGRAW

IT IS SO ORDERED:

Dated:  November 17, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

2