Tyler N. Ure, Esq.
Nevada Bar No. 11730
ture@murchisonlaw.com
**MURCHISON & CUMMING, LLP**
350 South Rampart Boulevard, Suite 320
Las Vegas, Nevada 89145
Telephone: (702) 360-3956
Facsimile: (702) 360-3957

Attorneys for Defendants, CHARLES KIM
and LINDEN HOSPITALITY, LLC

# UNIITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN MCGRAW, | CASE NO. 2:22-cv-01414-APG-NJK |
| Plaintiff, | **STIPULATION AND *[PROPOSED]* ORDER FOR DISMISSAL OF DEFENDANTS CHARLES KIM AND LINDEN HOSPITALITY, LLC ONLY WITH PREJUDICE** |
| vs. | |
| CHARLES KIM, individually; LINDEN HOSPITALITY, LLC; FIRST AMERICAN TITLE INSURANCE COMPANY; LHP RIVERHOUSE HOLDING, LLC; DOES I-X, and ROE CORPORATIONS I-X, inclusive, | |
| Defendants. | |

### STIPULATION AND *[PROPOSED]* ORDER FOR DISMISSAL OF DEFENDANTS CHARLES KIM AND LINDEN HOSPITALITY, LLC ONLY WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED to by Defendants CHARLES KIM and LINDEN HOSPITALITY, LLC, by and through their attorneys of record, Murchison & Cumming, LLP and Plaintiff JOHN MCGRAW, by and through his attorney of record, the law offices of Chandler Law Firm, APC, that any and all claims among and between Defendants CHARLES KIM and LINDEN HOSPITALITY, LLC and Plaintiff JOHN MCGRAW be dismissed with prejudice, each party to bear their own fees and costs incurred herein.

1

1    This Stipulation is entered into in good faith, in the interest of judicial economy, and not

2  for the purposes of delay.

3    STIPULATED AND AGREED TO this 16th day of December, 2025.

4                              **MURCHISON & CUMMING, LLP**

5

6

7    By:    /s/ Tyler N. Ure

8           Tyler N. Ure, Esq.
           Nevada Bar No. 11730

9           350 South Rampart Boulevard, Suite 320
           Las Vegas, NV 89145

10          Attorneys for Defendants, CHARLES KIM
           and LINDEN HOSPITALITY, LLC

11

12    STIPULATED AND AGREED TO this 16th day of December, 2025.

13                              **CHANDLER LAW FIRM, APC**

14

15    By:    /s/ Paul W. Chandler

16          Paul W. Chandler, Esq.
           Admitted Pro Hac Vice

17          5150 E Pacific Coast Highway, Suite 200
           Long Beach, CA 90804

18          Attorneys for Plaintiff, JOHN MCGRAW

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

2

## ORDER

The Court having considered the aforementioned Stipulation between the Parties, and good cause appearing therefore;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that all claims between Defendants CHARLES KIM and LINDEN HOSPITALITY, LLC and Plaintiff JOHN MCGRAW are dismissed with prejudice, each party to bear their own fees and costs incurred herein.

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted by:

**MURCHISON & CUMMING,  LLP**

_/s/ Tyler N. Ure_____
Tyler N. Ure, Esq.
Nevada Bar No. 11730
350 South Rampart Boulevard, Suite 320
Las Vegas, Nevada 89145
Attorneys for Defendants, CHARLES KIM
and LINDEN HOSPITALITY, LLC

1

## PROOF OF SERVICE

2

### John McGraw vs. Linden Hospitality, LLC

3

**STATE OF NEVADA, COUNTY OF CLARK**

4

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Clark, State of Nevada.  My business address is 350 South Rampart

5

Boulevard, Suite 320, Las Vegas, NV 89145.

6

On December 17, 2025, I served true copies of the following document(s) described as

7

**STIPULATION AND *[PROPOSED]* ORDER FOR DISMISSAL OF DEFENDANTS CHARLES KIM AND LINDEN HOSPITALITY, LLC ONLY WITH PREJUDICE** on the interested parties in this action as follows:

8

### SEE ATTACHED SERVICE LIST

9

**BY ELECTRONIC TRANSMISSION VIA CM/ECF**:  Pursuant to the E-Filing System of the

10

United States District Court, District of Nevada, to the parties at the e-mail addresses on the Court's website.

11

I declare under penalty of perjury under the laws of the United States of America that

12

the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

13

Executed on December 17, 2025, at Las Vegas, Nevada.

14

15

16

_____
*/s/ Nicole Garcia*
Nicole Garcia

17

18

19

20

21

22

23

24

25

26

27

28

4

1

**SERVICE LIST**
**John McGraw vs. Linden Hospitality, LLC**

2

3    Paul W. Chandler, Esq.                        Attorneys for Plaintiff, John McGraw
     Chandler Law Firm, APC
4    5150 E. Pacific Coast Highway, Ste. 200
     Long Beach, CA  90804
5    Telephone: (562) 208-8595

6    Robert D. Vannah, Esq.                        Attorneys for Plaintiff, John McGraw
     Vannah & Vannah
7    400 S. 7th Street, 4th Floor
     Las Vegas, NV  89101
8    Telephone: (702) 369-4161
     Facsimile: (702) 369-0104

9

     Michael A. Hagemeyer, Esq.                    Attorneys for Plaintiff, John McGraw
10   Law Offices Of Michael A. Hagemeyer
     6787 W. Tropicana Ave., Ste. 120B
11   Las Vegas, NV  89103
     Telephone: (702) 891-0022
12   Facsimile: (702) 891-0033

13   Douglas D. Gerrard, Esq.                      Attorneys for First American Title
     John M. Langeveld, Esq.                       Insurance Company
14   Gerrard Cox Larsen
     2450 St. Rose Pkwy., Ste. 200
15   Henderson, NV  89074
     Telephone: (702) 796-4000
16   Facsimile: (702) 796-4848

17

18

19

20

21

22

23

24

25

26

27

28