Tyler N. Ure, Esq.
Nevada Bar No. 11730
ture@murchisonlaw.com
**MURCHISON & CUMMING, LLP**
350 South Rampart Boulevard, Suite 320
Las Vegas, Nevada 89145
Telephone: (702) 360-3956
Facsimile: (702) 360-3957

Attorneys for Defendants, CHARLES KIM
and LINDEN HOSPITALITY, LLC

## UNIITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN MCGRAW, | CASE NO. 2:22-cv-01414-APG-NJK |
|        Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANTS CHARLES KIM AND LINDEN HOSPITALITY, LLC ONLY WITH PREJUDICE** |
|        vs. | |
| CHARLES KIM, individually; LINDEN HOSPITALITY, LLC; FIRST AMERICAN TITLE INSURANCE COMPANY; LHP RIVERHOUSE HOLDING, LLC; DOES I-X, and ROE CORPORATIONS I-X, inclusive, | |
|        Defendants. | |

### STIPULATION AND *[PROPOSED]* ORDER FOR DISMISSAL OF DEFENDANTS CHARLES KIM AND LINDEN HOSPITALITY, LLC ONLY WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED to by Defendants CHARLES KIM and LINDEN HOSPITALITY, LLC, by and through their attorneys of record, Murchison & Cumming, LLP and Plaintiff JOHN MCGRAW, by and through his attorney of record, the law offices of Chandler Law Firm, APC, that any and all claims among and between Defendants CHARLES KIM and LINDEN HOSPITALITY, LLC and Plaintiff JOHN MCGRAW be dismissed with prejudice, each party to bear their own fees and costs incurred herein.

1     This Stipulation is entered into in good faith, in the interest of judicial economy, and not

2   for the purposes of delay.

3     STIPULATED AND AGREED TO this 16th day of December, 2025.

4                    **MURCHISON & CUMMING, LLP**

5

6

7   By:   /s/ Tyler N. Ure
         Tyler N. Ure, Esq.
8        Nevada Bar No. 11730
         350 South Rampart Boulevard, Suite 320
9        Las Vegas, NV 89145
         Attorneys for Defendants, CHARLES KIM
10       and LINDEN HOSPITALITY, LLC

11

12    STIPULATED AND AGREED TO this 16th day of December, 2025.

13                   **CHANDLER LAW FIRM, APC**

14

15  By:   /s/ Paul W. Chandler
         Paul W. Chandler, Esq.
16       Admitted Pro Hac Vice
         5150 E Pacific Coast Highway, Suite 200
17       Long Beach, CA 90804
         Attorneys for Plaintiff, JOHN MCGRAW

18

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

*John McGraw v. Charles Kim, et al.*
*Case No. 2:22-cv-01414-APG-NJK*

## ORDER

The Court having considered the aforementioned Stipulation between the Parties, and good cause appearing therefore;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that all claims between Defendants CHARLES KIM and LINDEN HOSPITALITY, LLC and Plaintiff JOHN MCGRAW are dismissed with prejudice, each party to bear their own fees and costs incurred herein.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

DATED: December 18, 2025

Respectfully submitted by:

**MURCHISON & CUMMING,  LLP**


  */s/ Tyler N. Ure*
Tyler N. Ure, Esq.
Nevada Bar No. 11730
350 South Rampart Boulevard, Suite 320
Las Vegas, Nevada 89145
Attorneys for Defendants, CHARLES KIM
and LINDEN HOSPITALITY, LLC