# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JOHN MCGRAW,

    Plaintiff

v.

CHARLES KIM, et al.,

    Defendants

Case No.: 2:22-cv-01414-APG-NJK

**Order for Entry of Final Judgment**

The claims between defendants Charles Kim and Linden Hospitality, LLC and plaintiff John McGraw were resolved through settlement. ECF Nos. 139, 144-46. Those were the only remaining claims because I had previously granted summary judgment in favor of First American Title Insurance Company (FATIC). ECF No. 109. I also granted FATIC's motion for an award of its attorneys' fees incurred in connection with this case. ECF No. 137. Because all claims in this case have now been resolved, I order the clerk of court to enter final judgment.

I THEREFORE ORDER the clerk of court to enter final judgment in favor of First American Title Insurance Company and against plaintiff John McGraw in the amount of $137,274.89 in attorney's fees and $4,523.93 in nontaxable costs.

I FURTHER ORDER the clerk of court to close this case.

DATED this 23rd day of January, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE